UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Celal Cetin
Plaintiff,
v.

JUDGMENT
25-cv-02530-DG

THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), ALEJANDRO MAYORICAS *SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY*, UR M. JADDOU *DIRECTOR OF USCIS*, STEPHEN ROSINA DIRECTOR OF THE USCIS NEW YORK CITY DISTRICT OFFICE
Defendants.
-------------------------------------------------------------X

An Order of the Honorable Judge Diane Gujarati, United States District Court, having been filed on July 10, 2025, dismissing this action without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and therefore denying *in forma pauperis* status for the purpose of an appeal; *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

ORDERED and ADJUDGED that this action is dismissed without prejudice; pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and therefore, *in forma pauperis* status is denied for the purpose of an appeal; *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York
July 11, 2025

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Ryan Richards</u>*
Deputy Clerk